FILED
AUG 1 0 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISCTICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

<u>WESTERN</u> DIVISION

| | |
|---|---|
| Wen chiann Yeh | |
| Plaintiff | |
| v. | |
| | No: 5:18-CV-397-D |
| North Carolina State University | COMPLAINT |
| Alice Warren, Yevonne Brannon, | |
| Dan O'Brien, Randy Craven, | |
| David Elrod | |
| Defendant(s) | |

1

Plaintiff resides at:

    102 EcKlin Lane, Cary, NC 27159

Defendant(s) name(s) and address(es)

Defendant No. 1 :

    Alice Warren/ Vice Provost for Continue Education

    1101 Gorman Street, Raleigh, NC 27606

    Phone: 919-515-2277

Defendant No. 2:

    Yevonne Brannon / Director

    1101 Gorman Street, Raleigh, NC 27606

    Phone: 919-515-1300

Defendant No. 3:

    Randy Carven / Assistant Director

    1101 Gorman Street, Raleigh, NC 27606

    Phone: 919-1306

Defendant No. 4:

    Dan O'Brien / HR employee relations

    Campus Box 7210, NC State University, Raleigh, NC 27695 -7210

    Phone: 919-513-0700

Defendant No. 5:

    David Elrod / Asst Equal Opp. Officer

    Campus Box 7530, NC State University, Raleigh, NC 27695-7530

    919-513-2099

Jurisdiction in this court is based on

Federal court has jurisdiction over claims of Title VII violations, Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin). Hostile Work Environment Harassment.

**The acts complained of in this suit concern :**

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

(1). Termination of my employment.

(2). EEO 21 – Disparate treatment in terms and conditions of employment

(3). Retaliation.

(4). Hostile workplace harassment

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

1. On November 6, 2017, on the first day of my work in this department, my colleagues were reluctant to share information and insult me, threatening me to check how much the administrator paid me.

2. On November 18th to November 20th, 2017, all teachers were unable to access the disaster caused by the website, and many teachers complained that this website is not working properly. Mr. Randy Craven and Ms. Y. Brannon framed me and accused me of doing bad things on this production site. Then on November 21, 2017, I was fired, even though I did know Mr. Kenneth Barbour who made the mistake, and the disaster at the production site caused many teachers to complain.

3. On December 12, 2017, I submitted complaint to EEO of NCSU. After I accepted an interview with David Elrod, he told me that he was going out of town, but he would

3

provide another officer email and name to me, so I can contact with them. But I have been waited for eighty two days I did not get any information from Mr. D Elrod. I reasonable believe David Elrod maliciously intends to delay the response. I reasonable believe as follows:

(1) Mr. D. Elrod made changes for his HR application, not only that, but also tell Mr. Dan O'Brien and Ms. Y. Brannon to make changes, because after the interview, I visited those management LinkedIn, they made a huge change.

(2) Mr. D. Elrod delayed responding to me because he maliciously indented to let me exhaust of my time to file for EEOC.

(3) Mr. D. Elrod discriminates against me because I am Asian woman, so, intentionally not to respond my complaint within twenty five days.

4. On May 17, 2018, I filed a Charge of Discrimination with the Federal Equal Employment Opportunity Commission ("EEOC") against my employer because I was being discriminated, false accusation by my boss(es), along with being treated differently from other co-workers in my department on several levels and also harassed by co-workers. I received from the EEOC a "Right to Sue Letter" on May 22, 2018 through USPS postage mail.

5. On May 17, 2018, and my time is running out to file my Federal discrimination lawsuit. However, no attorney around these parts will take the case because I have no money and I am Asian woman and I think they do not want to go up against my employer because they are well known around these parts.

**Argument**

I have reason to believe that I was discriminated against by Ms. Alice Warren, Ms. Y. Brannon and Mr. R. Craven and Mr. Dan O'Brien and treated differently with other colleagues. not only concealed employee information, but also provided false employer information and false education to get NCSU's work.

4

(1). I am a new employee after I work this department; I was threatened and harassed by my colleague Mr. Tilson Rice. He had resigned from the department after he was negotiating increase salary with the manager but manager refused his request. He complained that his salary is still the same after three years, but he wants to stay at this department but he wants to increase his salary or become a consultant to get extra money. I believe those reasons, he is not willing to share any information with me, but I saw he shared with the woman Ms. Amy Whitfield who worked for this department for seven years, she still unable to handle after seven years and also Mr. T. Rice spread my resume to all departments. Ms. Amy Whitfield always told to consultant(s) at home, after that she is not willing share any information to co-workers, and I also found she make a cope of coding, application every day to her personal USB.

(2). All colleagues concealed the information, no detail documents and without transferring knowledge to me. But I still contribute to this group, creating three database diagrams in the development environment and also wrote detail documents for new employees that can help developers complete SQL statements more easily. On November 13, 2017, I worked in this group for a week. I presented my work during the first meeting. ( Note: I saw some documents on the website that are written by initial contractors who developed K-12 application but not written by current State employees. )

(3). On Monday, August 20, 2017, I found this department a bit chaos; I saw Mr. C. Craven show me a very mean face, it seems that something bad happened on the weekend is all my fault. Even I don't know what happened, I believe this has nothing to do with me because I can't access any production website. Around 2 pm, Mr. Kenneth Barbour walked into our office and told Amy Whitfield that this was his fault because his coding date was wrong, which caused all teachers unable to log into the production site

on weekends; he would tell Mr. Craven is his fault. Then he left. I felt Mr. K. Barbour is not bad, has guts to tell the truth.

Then I know what is happing during this weekend, and why Mr. Craven showed me ugly face because he thought I did a bad thing to cause weekend chaos. And all the teachers were furious.

I argued: Most managers hire Asians who can prove that they are not discriminating against Asians, but if there are any errors in the system or application, they will immediately dismiss Asian employees and maliciously deliberately create fraud or misrepresentation, such as poor performance or for any reason, dismissing Asian employees, even Asian employees have not done anything wrong. Employers can win the case because federal law has no jurisdiction over "probationary employees or poor performance."

But I believe Federal law has jurisdiction for employer made false representations, superior knew of false misrepresentations, or employer showed intent to deceive, employer made a false statement about an employee, employer exposed another party to this false information, employer was negligent or purposely in allowing the leak of this false information and the false information harmed an employee.

## Profiles

1. Ms. Y. Brannon / Central Urban Affair and Community Service Director)

Ms. Y. Brannon did not provide her previous employment on her resume and State Application (LinkedIn is a professional website that allows employers to find you directly, therefore, LinkedIn just like a regular resume). Ms. Brannon, born in 1956 or 1955, is 62 or 63 years old. She has served as Director of Central City Affairs and Community Services (CUACS) for 40 years. It's hard to believe that she is 21 years old, has no work experience, and has no proper education to become a director. She told me

that she is a volunteer at the school and serves as the chairman of the PTA. But she did not apply for her resume or State Application. Her education is suspicious.

2.Mr. R. Craven / CUACS assistant Director)

Mr. R. Craven's employment and education are not clear, graduate from UNCG Art/Art Studies, General in 1978 -1982. But UNCG doesn't have Art/Art Studies photography back to 1978 – 1982 even now. And 1982-1983 – study photography at Randolph Community College and work for DPI do analysis? I it is hard to believe.

3.Mr. Dan O'Brien / HR – Employee relations

Dan O'Brien, has two degrees from High Point University BA Human relations & Business admin, High Point University told me it is very hard to get two degrees at the same time. I reasonable believe :

(a) Dan O'Brien did not have both degrees Human Relations and Business Admin at the same time.

(b). Dan O'Brien did not work for The Body shop as employee relationship specialist from 1998 to 1999 because The body shop was ADM dissolution on March, 8th, 1996.

(Note: Administrative **dissolution** is the process by which the state administrator overseeing business entities takes away the rights, powers and authority of a corporation, LLC or other business entity, due to the entity's failure to comply with certain obligations of the business entity statute)

(c). Dan O'Brien worked for Interpath Communication from September 1999 to August 2000 but this company formed May 2000 and then withdraw.

(d). Dan O'Brien worked for Natronex cooperation from August 2000 to October 2005, this company withdraw on March 2nd, 1999.

(e). Dan O'Brien worked for LVL7 systems, Inc from October 2005 to April

7

2007, this company withdraw on 6/21/2000.

4. Ms. Alice Warren / Vice Provost for Continue Education,

Ms. Alice Warren worked for D & K Muffle shop as Principal but she did not put this employer into her resume or State application.

5. Ms. Robinetter Kelley/ Associate Vice Provost for Equal Opportunity and Equity

Ms. R. Kelley worked for Compliance Dynamics Consulting LLC on 2015 as CEO and President, but this company doesn't exist. And I reasonable believe another employment and education are false statement.

6. Mr. David Elrod / office for Institutional Equity and Diversity,

After I submitted the EEO complaint, Mr. Elord told me that I will receive the result in twenty-five days. And also told me he is going out to town but he will give me another EEO officer name and email address, you can contact them. But he did not give me anyone, and also delayed eighty-twenty days to respond to me. Between eighty-two days, I sent email to him but no response until I also CC to Ms. R. Kelley who is Mr. Elord boss.

   (a). I reasonable believe between eighty-two days, Mr. Elord deleted his file from the Internet, but still can be seen from other documents, he concealed about his employment and possible his education. He also spent eighty-two days informing Ms. Y. Brannon and Mr. R. Craven and and other members of the CUACS to delete or modify the LinkedIn document. I believe he deliberately delayed.

   (b). Also told Mr. Dan O'Brien that I found his false work on his resume and that Mr. D. O'Brien worked for human resources. He could easily change Mr. D. Elord, Y. Brannon or R. Mr. Craven's application and resume, no one will notice he makes changes.

(c ). Another reason I believe because Mr. Elord maliciously intention to plan delay of my time to file EEOC.

7. Chad Simon / co-worker :

(a). Mr. C. Simon worked at Window Concept in Wilson, North Carolina from 1995 to 1997. The company was founded in 1999 and is located in Wilson, North Carolina.

(b).He worked at MCI worldcom, Cary, North Carolina, from 1997 to 2004, MCI located in Raleigh, North Carolina. MCI Worldcom was also established in 1998.

(c ).Mr. C. Simon graduated from Barton College from 1993 to 1995 with a degree in Business (Finance). It is impossible to graduate from college only two years. Barton College had no business (finance major) from 1993 to 1995.

(d).Mr C. Simon did not have computer science degree and experience, therefore, he won't let employee change their own password, he assigned employee password. Obviously, he did not know networking and Active Directory.

8. Kevin Stover / Co-worker

(a).Mr. Kevin Stover graduated from NCSU Nuclear engineering from 1989 to 1993 and graduated 1998-2002 computer science

(b). Between 1993-1997 employment information was missing pursuant to NCSU Human Resource section #2 and #3 misleading and false statement (2). According to the salary record, the nuclear engineering salary is $108,920, which is much higher than the CUACS $54,000. I have reason to believe that Mr. Kevin Stover does not have these two degrees.

(c ).This reasonable suspicion is why Mr. Kevin Stover's work position is much lower and performs poorly. For example, his job is to transfer data from departmental public order (DPI) data to the group's database, but not to other database tables, which makes potential hacking easier and leads to developer

9

coding problems. Obviously, K. Mr. Stover does not have a degree in computer science or a degree in nuclear engineering.

(d) I believe Mr. K. Stover hates me a lot, he think I will tell managers, but I did not tell anyone. In fact, I did say good thing about all co-workers in the meeting.

Conclusion :

I filed a Charge of Discrimination with the Federal Equal Employment Opportunity (EEOC) against my employer because I was being discriminated by my boss, being treated differently from other co-workers and being harassed by co-workers in my department on several levels. I received from EEOC a "Right to Sue Letter" on May 17, 2018, and my time almost is running out to file my Federal discrimination lawsuit." However, no attorney around these parts will take the case because I am Asian woman, no money. And I think they do not want to go up against my employer because they are well known around these parts.

Based on above statement, employer made false statement, false representation, intent to deceive, a false statement about employer, exposed another party to this false information , leaking of this false information, the false information harmed an employee. All NCSU employees have concealed previous employer information or false employer information or false education, including Ms. Alice Warren, Y. Ms. Brannon, C. Mr. Craven, Mr. Kevin Stover, Mr. C. Simon, Ms. Robinetter Kelley, Mr. Dan O'Brien, Mr. David Elord, Ms. Amy Whitfield ... even lawyers, Directors, Chief of legal department ...etc. even DPI employees did at the same to get job.

And also it can be reasonably believe that an employer maliciously hires an Asian employee to prove that they have not violated the law of discrimination, but after that, if the system fails or other colleagues made mistake that cause disaster, the employer will immediately dismiss the Asian employee because poor performance, or

10

make a false statement to dismiss the Asian employee. Even disasters have nothing to do with Asian employees. Employers can win the case because federal law has no jurisdiction over "poor performance" or possible "probationary employee". Moreover, State job applications require a meaningful restructuring that allow all applicants to login and to make adjustment or make changes before the job posting expired, but at the moment, State applications are not allowed applicants to re-adjust. I don't deserve dismiss.

## I seek the following relief

I am a student at Duke University and I have a Human Resources Management, Equal Employment Opportunity, Compensation and Benefits Certification and a North Carolina Notary License. This dismissal is unfair, bias, discrimination, injustice, and treats me differently from other colleagues and is harassed by my colleagues, and mistakenly accuses me and maliciously allows management and other employees to conceal employee information, false employers and false education. These are unfair, discriminatory, harassing and false statements that cause me to lose my salary, lose my welfare, emotional, physical pain, unable to pay for education loans, and damage my character, reputation and career. Therefore, the punitive damages are $300,000.00.

Attachments

EXHIBIT # 1: Performance – database diagram
EXHIBIT # 2: Dismissal letter
EXHIBIT # 3: RIGHT TO SUE LETTER

Profiles

EXHIBIT # 4: Ms. Y. Brannon
EXHIBIT # 5: Ms. R. Craven
EXHIBIT # 6: Mr. Dan O'Brien
EXHIBIT # 7: Ms. Alice Warren
EXHIBIT # 8: Robinetter Kelly
EXHIBIT # 9 : David Elrod
EXHIBIT # 10 : Chad Simon
EXHIBIT # 11 : Kevin Stover

Respectfully submitted date on August 10, 2018

Wen Chiann Yeh / Plaintiff
102 EcKlin Lane, Cary, NC 27519
Phone: 614-584-4291
Email : wen_ohio_2013@yahoo.com

## Certification of Service

I hereby certify that on August 10, 2018, I serviced

COMPLAINT which the same day sent notification of following:

| Name: | DELIVERY METHOD |
|---|---|
|  | USPS Certified Mail with return receipt (green card) |

Alice Warren
Randy Craven
Yevonne Brannon

Dan O'Brien

David Elrod

1101 Gorman Street,

Raleigh, NC 27606


Submitted on August 10, 2018

Respectfully,

_[signature]_

Wen Chiann Yeh /Plainitff

102 EcKlin Lane, Cary, NC 27519

Phone: 614-584-4291

email: wen_ohio_2013@yahoo.com