EXHIBIT # 1

