EXHIBIT #2

North Carolina State University is a land-grant university and a constituent institution of The University of North Carolina

Center for Urban Affairs and Community Services

## NC STATE UNIVERSITY

Director
Campus Box 7401
Raleigh, NC 27695-7401

919.515.1300
919.515.3642 (fax)
yevonne_brannon@ncsu.edu

Date: November 21, 2017

To: Wen Chiann Yeh
Business & Technology Application Analyst

From: Yevonne S. Brannon, PhD / Yvonne Brannon
Director, Center for Urban Affairs & Community Services

Subject: Probationary Dismissal

This letter serves as notification that you are being dismissed from your position as a Business & Technology Application Analyst in the Center for Urban Affairs & Community Services with NC State University, effective November 21, 2017. Pursuant to N.C. Gen. Stat. § 126-1.1(b), you are considered a probationary (non-career status) State employee and may be dismissed without just cause, however for documentation purposes, you are being provided with reasons for your dismissal:

- You failed to disclose pertinent employment history on the application for employment at NC State you submitted on October 11, 2017 for position PG170181SP, Business & Technology Application Analyst. It has come to our attention and verified that you were previously employed with the NC Department of Public Instruction (DPI) from June 15, 2015 – August 28, 2017. You concealed this portion of your employment history.

As a result, you are being separated from employment with the NC State University effective November 21, 2017.

The Office of State Human Resources Manual section 3, Employment and Records, indicates: ..."the supervisor has the discretion to separate any employee not meeting acceptable performance standards or for other causes related to performance of duties or for personal conduct detrimental to the agency, prior to the completion of the 12 month probationary period."

Further, Section 2 of the State Human Resources Manual under Applicant Information indicates: *"Applicants must furnish true, accurate, and complete information and documentation. When an agency discovers that an applicant provided false or misleading information on a State application, or its equivalent, the following shall occur . . . [d]isciplinary action, up to and including dismissal, shall be taken."*

Upon receipt of this letter, you must return all University assets (including keys, ID badge and any other University assets in your possession) to my attention. Additionally, due to your falsification, you will not be eligible for rehire at NC State University.

For information regarding insurance and retirement contributions, please contact the University Benefits Office in University Human Resources at 919-515-2151.

cc: Alice Warren, Vice Provost for Continuing Education
Departmental Personnel File
Dan O'Brien, HR - Employee Relations