EXIBIT#6

Dan Obrien



**NC State University**
May 2007 – Present • 10 yrs 8 mos
Raleigh, NC



**Human Resources Manager**
LVL7 Systems, Inc (acquired by Broadcom)
Oct 2005 – Apr 2007 • 1 yr 7 mos



**HR Manager**
Nitronex Corporation
Aug 2000 – Oct 2005 • 5 yrs 3 mos



**HR Generalist**
Interpath Communications
Sep 1999 – Aug 2000 • 1 yr



**Employee Relations Specialist**
The Body Shop
1998 – 1999 • 1 yr

## Education



**High Point University**
BA, Human Relations & Business Admin
1992 – 1996
Activities and Societies: Theta Chi Fraternity

# Search Results

**Records Found:** 1 **Search Type:** Starting   **Search Criteria:** Lvl7
**Search Time:** 12/11/2017 11:14 AM   Search Again

| Entity Name | | | Actions |
|---|---|---|---|
| Sos Id | Date Formed | Status | Type |
| LVL7 Systems, Inc. | | | 🔧 🔍 + ▣ 🖹 🖥 |
| 0554685 | 6/21/2000 | Withdrawn by Merger | Business Corporation |


Legal Name
Interpath Communications Inc.

# Information

**SosId**
0555708

**Status**
Withdrawn

**Annual Report Status**
Not Applicable

**Citizenship**
Foreign

**Date Formed**
5/22/2000


**SosId:** 0555708
**Status:** Withdrawn
**Annual Report Status:** Not Applicable
**Citizenship:** Foreign
**Date Formed:** 5/22/2000
**Fiscal Month:** December
**State of Incorporation:**
DE
**Registered Agent:** Secretary of State

# Addresses

**Mailing**
1 Usi Plaza
Anapolis, MD 21401

**Principal Office**
1 Usi Plaza
Anapolis, MD 21401

**Reg Office**
2 South Salisbury Street
Raleigh, NC 27601



| Entity Name | | | Actions | |
|---|---|---|---|---|
| Sos Id | Date Formed | Status | Type | |
| NITRONEX CORPORATION | | | | |
| | | Doc Tracking Canceled | Limited Liability Company | |
| NITRONEX CORPORATION | | | | |
| 0480425 | 3/24/1999 | Withdrawn | Business Corporation | |
| Nitronex LLC | | | | |
| 1278711 | 9/10/2012 | Current - Active | Limited Liability Company | |

Forms/Fees

File an Annual Report

Frequently Asked Questions

Online Business Services

Alerts!

Order Certified Documents

Register a Foreign Business in NC

Service of Process

Reports & Listings

Legislation

# Filings

## *T.H.E. BODY SHOP, INC.*

Show 25 ⌄ entries

| Image ⌃ | Document Id ⇕ | Filing Date ⇕ | Filing Type ⇕ | Document Type |
|---------|---------------|---------------|---------------|---------------|
| | 932425007 | 1993-10-22 | Creation Filing | Articles of Incorporation |
| 📄 | 933340381 | 1993-11-30 | Annual Report | Annual Report |
| 📄 | 952865000 | 1995-10-13 | Suspension | Revenue Suspension |
| 📄 | 960789503 | 1996-03-18 | Destruction Filing | ADM Dissolution |

Showing 1 to 4 of 4 entries

Previous | 1 | Next



**BlueCross BlueShield of North Carolina**

# Rewarding Careers

## Administrative Assistant to VP

◎ Durham


**Apply**   Apply with LinkedIn

**Additional Locations:**

**Job Description**

Perform administrative duties for one or more departments or units and provide various office support activities.

- Oversee Leader's workflow including mail, calendar, correspondence, and telephone calls, determining priorities, preparing responses, and/or responding appropriately without errors and in a timely manner.
- Support Leader and other staff by scheduling, planning, and attending meetings as necessary. Provide support to include expense reporting and travel planning.
- May act as coordinator of departmental projects, following up on pending details, coordinating project team activities and ensuring deadlines are met.
- Exercise considerable discretion and independent judgment and analyzes complex information request and determines complex trends.
- Maintain distribution lists and organizational charts.
- Coordinate activities and events in support of the department.
- Coordinate departmental moves and serve as liaison for IT services and upgrades.
- Assemble and analyze information to facilitate decision making. Prepare special or one-time reports, summaries, or replies to inquiries, selecting relevant information from a variety of sources such as reports, documents, correspondence, other offices, etc., under general directions.
- Support departmental budget processes which could include running reports, simple budget analysis, and/or budget actions.

⊙ Posted Yesterday

▥ Full time

▥ R0C002870

## About Us

It's an exciting time to work at Blue Cross and Blue Shield of North Carolina. Health care is changing, and we're leading the way. We offer more than health insurance our customers can count on. We're committed to better health and better health care – in our communities and beyond. Our employees bring energy and creativity to the workplace, and it shows in our innovative approach to improving the health and well-being of North Carolinians.

Our company is a not-for-profit with headquarters in Durham and major operations in Winston-Salem and Fayetteville. In all we employ more than 4,900 North Carolinians and serve more than 3.9 million customers.

Help us lead the charge for better health care by joining our award-winning team. Discover tremendous opportunities with us to do challenging and rewarding work. Opportunities that can lead you to a fulfilling career, work that can help others lead healthier, happier lives.