# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| WEN CHIANN YEH, | )<br>) |
| Plaintiff, | )<br>) |
| | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| v. | ) **CASE NO. 5:18-cv-397-D** |
| | ) |
| NORTH CAROLINA STATE UNIVERSITY, | ) |
| ALICE WARREN, YEVONNE BRANNON, DAN | ) |
| O'BRIEN, RANDY CRAVEN, and DAVID | ) |
| ELROD, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff DISMISSED defendant David Elrod on August 15, 2018 with the filing of the Amended Complaint.

**IT IS FURTHER ORDERED AND DECREED** that the court GRANTED defendants' motion to dismiss [D.E. 24] on January 8, 2019. The court DISMISSED with prejudice defendants Alice Warren, Yevonne Brannon, Dan O'Brien, and Randy Craven because there is no individual liability under Title VII.

**IT IS FURTHER ORDERED AND DECREED** that the court GRANTS NC State's motion to dismiss [D.E. 43] and DISMISSES without prejudice Yeh's second amended complaint [D.E. 38]. The court DENIES as moot Yeh's motion to compel [D.E. 52].

**This Judgment Filed and Entered on June 5, 2019, and Copies To:**

| | |
|---|---|
| Wen Chiann Yeh | (Sent to 102 EcKlin Lane Cary, NC 27519 via US Mail) |
| Nora F. Sullivan | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| June 5, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |